```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JOHN S. MESSINA,

                Plaintiff,

        -against-                          MEMORANDUM & ORDER
                                           10-CV-0659(JS)(ETB)
OCEAN MARINE DEVELOPMENT CORP.,
J.D. POSILLICO, INC. and POSILLICO
CIVIL, INC.,

                Defendants.
----------------------------------X
OCEAN MARINE DEVELOPMENT CORP.,

                Plaintiffs,

        -against-

ST. PAUL FIRE AND MARINE INSURANCE
CO., INTERNATIONAL SPECIAL RISKS, INC.
and STEVE MACQUARRIE,

        Third-Party Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:       Timothy F. Schweitzer, Esq.
                     Hofmann & Schweitzer
                     360 West 31st Street, Suite 1506
                     New York, NY 10001

For Ocean Marine:    Vincent M. Amicizia, Esq.
                     Greshin, Ziegler & Amicizia, LLP
                     199 East Main Street
                     P.O. Box 829
                     Smithtown, NY 11787

For the Posillico    Daniel Gerard McDermott, Esq.
Defendants:          Marshall, Dennehey, Warner, Coleman & Goggin
                     Wall Street Plaza
                     88 Pine Street, 21st Floor
                     New York, NY 10005
```

```
                        John Michael Comiskey, Esq.
                        Agovino & Asselta, LLP
                        330 Old Country Road, Suite 201
                        Mineola, NY 11501

                        Steven A. Steigerwald, Esq.
                        Law Office of Michael F.X. Manning
                        100 Baylis Road, Suite 300
                        P.O. Box 9093
                        Melville, NY 11747

For St. Paul:           Patrick Ryan McElduff, Esq.
                        James W. Carbin, Esq.
                        Duane Morris LLP
                        744 Broad Street, Suite 1200
                        Newark, NJ 07102

For International
Special Risks and
Steve MacQuaurrie:      Doyle C. Valley, Esq.
                        Morrison Mahoney LLP
                        250 Summer Street
                        Boston, MA 02210

                        Kevin Hickman, Esq.
                        Morrison Mahoney LLP
                        17 State Street, Suite 1110
                        New York, NY 10004
```

SEYBERT, District Judge:

Pending before the Court is Third-Party Defendant St. Paul Fire and Marine Insurance Company's ("St. Paul") motion to sever the third-party action from Plaintiff John Messina's claims against Defendants Ocean Marine Development Corp., J.D. Posillico, Inc., and Posillico Civil, Inc.

The parties are scheduled to appear for a settlement conference before Magistrate Judge E. Thomas Boyle on October 13, 2011. Within fourteen (14) days after the conference, the

parties shall update this Court on their settlement progress. In the meantime, St. Paul's motion to sever (Docket Entry 25) is DENIED without prejudice. After the conference, St. Paul may reinstitute its motion with a one-page letter to this Court, and the Court will consider the motion on the strength of the briefs already submitted.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:    September   14  , 2011
          Central Islip, New York