```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JOHN S. MESSINA,

                Plaintiff,

        -against-                              MEMORANDUM & ORDER
                                               10-CV-0659(JS)(ETB)
OCEAN MARINE DEVELOPMENT CORP.,
J.D. POSILLICO, INC. and POSILLICO
CIVIL, INC.,

                Defendants.
----------------------------------X
OCEAN MARINE DEVELOPMENT CORP.,

                Plaintiffs,

        -against-

ST. PAUL FIRE AND MARINE INSURANCE
CO., INTERNATIONAL SPECIAL RISKS, INC.
and STEVE MACQUARRIE,

        Third-Party Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Timothy F. Schweitzer, Esq.
                    Hofmann & Schweitzer
                    360 West 31st Street, Suite 1506
                    New York, NY 10001

For Ocean Marine:   Vincent M. Amicizia, Esq.
                    Greshin, Ziegler & Amicizia, LLP
                    199 East Main Street
                    P.O. Box 829
                    Smithtown, NY 11787

For the Posillico   Daniel Gerard McDermott, Esq.
Defendants:         Marshall, Dennehey, Warner, Coleman & Goggin
                    Wall Street Plaza
                    88 Pine Street, 21st Floor
                    New York, NY 10005
```

```
                    John Michael Comiskey, Esq.
                    Agovino & Asselta, LLP
                    330 Old Country Road, Suite 201
                    Mineola, NY 11501

                    Steven A. Steigerwald, Esq.
                    Law Office of Michael F.X. Manning
                    100 Baylis Road, Suite 300
                    P.O. Box 9093
                    Melville, NY 11747

For St. Paul:       Patrick Ryan McElduff, Esq.
                    James W. Carbin, Esq.
                    Duane Morris LLP
                    744 Broad Street, Suite 1200
                    Newark, NJ 07102

For International
Special Risks and
Steve MacQuaurrie:  Doyle C. Valley, Esq.
                    Morrison Mahoney LLP
                    250 Summer Street
                    Boston, MA 02210

                    Kevin Hickman, Esq.
                    Morrison Mahoney LLP
                    17 State Street, Suite 1110
                    New York, NY 10004
```

SEYBERT, District Judge:

Pending before the Court is Third-Party Defendant St. Paul Fire and Marine Insurance Company's ("St. Paul") motion to sever the third-party action from Plaintiff John Messina's claims against Defendants Ocean Marine Development Corp., J.D. Posillico, Inc., and Posillico Civil, Inc.

The parties are scheduled to appear for a settlement conference before Magistrate Judge E. Thomas Boyle on October 13, 2011. Within fourteen (14) days after the conference, the

2

parties shall update this Court on their settlement progress. In the meantime, St. Paul's motion to sever (Docket Entry 25) is DENIED without prejudice. After the conference, St. Paul may reinstitute its motion with a one-page letter to this Court, and the Court will consider the motion on the strength of the briefs already submitted.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated: September __14__, 2011
Central Islip, New York